CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/10/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | |
|---|---|
| Scott A. Whorley,<br>    *Plaintiff,*<br><br>v.<br><br>International Paper,<br>    *Defendant.* | Case No. 6:21-cv-00045<br><br>ORDER<br><br>Judge Norman K. Moon |

 Defendant International Paper's motion to dismiss, Dkt. 19, is **GRANTED** in accordance with the accompanying Memorandum Opinion. This matter is **DISMISSED**, and the Clerk is instructed to remove the case from the Court's active docket.

 The Clerk of the Court is hereby directed to send this order to all counsel of record.

 Entered this  10th  day of August 2022.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE